# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**9:25 am, 7/16/25**

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff

vs

ISADORE S HACKEL

Defendant

☑ Violation Notice  ☐ Information  ☐ Complaint

Case Number   L:25-PO-00347-SAH-1

Violation Charged   ASSAULT (1)

Citation Number   (E1058371)

Date Violation Notice Issued   06/30/2025          Place   WYNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 9:00-9:18                    Interpreter  N/A

Date  July 16, 2025                Interpreter Telephone  N/A

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear      Warrant issued on

☑ Appeared   ☑ By telephone
             ☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☑ Attorney waived

☐ Court orders case continued to _____ at _____
   reason:

☐ Bail is set at
   ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release
WY 59                                                                        Rev. 06/03/2025

Petty Offenses/Misdemeanors Minute Sheet
L:25-PO-00347-SAH-1

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made   ☐ orally   ☐ in writing

☑ Informed of charges and rights        Date  July 16, 2025
☑ Defendant arraigned                   Date  July 16, 2025
☑ Court accepts plea        Defendant enters ☑ Guilty        ☐ Not Guilty Plea
☐ Trial      Witnesses

☑ Disposition
  ☐ Not Guilty
  ☑ Guilty                (E1058371)
  ☐ Dismissed
  ☐ Collateral Forfeited
  ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence     Date  July 16, 2025
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision        ☐ Without Supervision
☐ Special Conditions of Probation


☑ Fine          750.00        Payable to CVB by 10/15/2025
☐ Restitution                 To
☐ Community Service           To
☑ Special Assessment   10.00
☑ Processing fee: $   30.00
☑ Defendant advised of right to appeal
☑ Other  The Government is not seeking a jail sentence in this case.  No written judgment to follow.